UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
 ) 2:06-cv-2085-GEB-EFB
 )
          Plaintiff,  )
 ) ORDER CONTINUING STATUS
     v.  ) (PRETRIAL SCHEDULING)
 ) CONFERENCE
ST. GEORGE INVESTORS, LLC., a  )
California limited liability  )
company; and DOES 1 through 10,  )
inclusive,  )
 )
          Defendants.  )
_____ )

        Plaintiff's Status Report filed December 1, 2006, states that "[a]ll named parties have been served, but have not answered." (Pl.'s Status Report at 2.)  On December 7, 2006, Plaintiff filed a "Request For Extension of Time" ("Request") in which Plaintiff states that he and Defendant stipulate that "Defendant['s] . . . answer will be due no later than December 29, 2006." (Request ¶ 3.)  Accordingly, the Status (Pretrial Scheduling) Conference is rescheduled to commence at 9:00 a.m. on February 26, 2007.  The parties shall file a joint status report no later than fourteen days prior to the Status

1  Conference.[1]

2         IT IS SO ORDERED.

3  Dated:  December 11, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.