IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>    Plaintiff,<br><br>       v.<br><br>ST. GEORGE INVESTORS, LLC,<br>a California limited liability<br>company; and DOES 1 through 10<br>inclusive,<br><br>    Defendants. | 2:06-cv-2085-GEB-EFB<br><br>STATUS (PRETRIAL<br>SCHEDULING) ORDER |

The status (pretrial scheduling) conference scheduled in this case for February 26, 2007, is rescheduled to commence at 9:00 a.m. on June 18, 2007.[1]  In the parties' joint status report filed February 8, 2007, Defendant indicates that this case is related to Kemper v. St. George Investors, LLC, Case No. 2:06-cv-1530-WBS-EFB.

---

[1] A Joint Status Report shall be filed not later than fourteen days prior to the June 18 scheduling conference.  The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1

1 However, Defendant's counsel has failed to comply with Local Rule 83-
2 123 concerning related cases.  It is incumbent on counsel practicing
3 before a federal court to "become familiar with and follow [local]
4 rules applicable to practice in [that] court."  <u>Dela Rosa v.</u>
5 <u>Scottsdale Mem'l Health Sys.</u>, 136 F.3d 1241, 1244 (9th Cir. 1998).
6 Defendant's counsel shall file documents in compliance with Local Rule
7 83-123 no later than March 5, 2007.
8         IT IS SO ORDERED.
9 Dated:  February 15, 2007

11 _____
   GARLAND E. BURRELL, JR.
12 United States District Judge