```
 1
 2
 3
 4
 5
 6                    UNITED STATES DISTRICT COURT
 7                   EASTERN DISTRICT OF CALIFORNIA
 8                            ----oo0oo----
 9  EDWARD L. KEMPER, an
    individual,
10                                     NO. CIV. S-06-01530 WBS PAN
              Plaintiff,
11       v.
                                       RELATED CASE ORDER
12  ST. GEORGE'S INVESTORS, LLC,
    a California corporation, dba
13  ST. GEORGE'S MEDICAL CENTER,
14            Defendants.
                                    /
15  _____
16  JOHNSON,
17            Plaintiff,             NO. CIV. S-06-02085 GEB EFB
18       v.
19  ST. GEORGE INVESTORS, LLC,
20            Defendants.
                                    /
21  _____
22                            ----oo0oo----
```

23          Examination of the above-entitled actions reveals that
24 these actions are related within the meaning of Local Rule 83-
25 123, E.D. Cal. (1997).  Both cases allege that plaintiffs
26 encountered barriers to access at the same building, and both
27 plaintiffs seek the same injunctive relief.  Accordingly, the
28 assignment of the matters to the same judge is likely to effect a

1  substantial saving of judicial effort and is also likely to be
2  convenient for the parties.  The parties should be aware that
3  relating the cases under Local Rule 83-123 merely has the result
4  that these actions are assigned to the same judge and the same
5  magistrate judge; no consolidation of the actions is effected.
6         IT IS THEREFORE ORDERED that the actions denominated
7  CIV. S-06-01530 WBS PAN and CIV. S-06-02085 GEB EFB, are deemed
8  related and case denominated CIV. S-06-02085 be reassigned to the
9  Honorable WILLIAM B. SHUBB and Magistrate Judge EDWARD F. BRENNEN
10 for all further proceedings.  Hence forth the captions on all
11 documents filed in the reassigned case shall be shown as CIV. S-
12 06-02085 WBS EFB , and any dates currently set in the reassigned
13 case only are hereby VACATED.
14        IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustments in the assignment of civil cases to
16 compensate for this reassignment.
17        IT IS SO ORDERED.
18 DATED:  February 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE